# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Texas
### Dallas

| | |
|---|---|
| USA | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 3:22–mj–00844–BH |
| | ) |
| Phillip Windom Offill, Jr | ) |
|     Defendant. | ) |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Based on the defendant's sworn Financial Affidavit and representations in open court, the Court finds that the defendant is financially unable to obtain counsel. Pursuant to 18 USC § 3006A, the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the defendant for all proceedings, including any appeal.

SO ORDERED ON 8/31/2022.

*(signature)*

Irma Carrillo Ramirez
Magistrate Judge